UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JARRUS,

      Plaintiff,                     Case No.: 5:18-cv-13962

vs.                                    Judge: Judith E. Levy
                                         Magistrate Judge: Elizabeth A. Stafford

PANERA, INC.

      Defendant.

| ERIC I. FRANKIE (P47232) | ALLISON M. ENSCH (P61147) |
|---|---|
| LAW OFFICE OF ERIC I. FRANKIE, PLC | RILEY & HURLEY, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 535 Griswold, Ste. 111-542 | 19853 Outer Drive, Suite 100 |
| Detroit, MI 48226 | Dearborn, MI 48124 |
| (248) 219-9205 | (313) 565-1330/1318 (fax) |
| ericfrankie26@yahoo.com | aensch@rileyhurley.com |

**STIPULATION AND ORDER DISMISSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 32] WITHOUT PREJUDICE**

    NOW COME the parties, by and through their respective attorneys, and hereby stipulate and agree that Defendants Motion for Summary Judgment [ECF No. 32] is dismissed without prejudice.

/s/ Eric I. Frankie (with permission 9/23/2020)
ERIC I. FRANKIE (P47232)
LAW OFFICE OF ERIC I. FRANKIE, PLC
Attorney for Plaintiff
535 Griswold, Ste. 111-542
Detroit, MI 48226
(248) 219-9205
ericfrankie26@yahoo.com


*/s/ Allison M. Ensch*
ALLISON M. ENSCH (P61147)
RILEY & HURLEY, PC
Attorney for Defendant
19853 W. Outer Drive, Ste. 100
Dearborn, MI 48124
(313) 565-1330
aensch@rileyhurley.com


Dated:  September 23, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JARRUS,

       Plaintiff,             Case No.: 5:18-cv-13962

vs.                                 Judge: Judith E. Levy
                                   Magistrate Judge: Elizabeth A. Stafford

PANERA, INC.

       Defendant.

| ERIC I. FRANKIE (P47232) | ALLISON M. ENSCH (P61147) |
|---|---|
| LAW OFFICE OF ERIC I. FRANKIE, PLC | RILEY & HURLEY, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 535 Griswold, Ste. 111-542 | 19853 Outer Drive, Suite 100 |
| Detroit, MI 48226 | Dearborn, MI 48124 |
| (248) 219-9205 | (313) 565-1330/1318 (fax) |
| ericfrankie26@yahoo.com | aensch@rileyhurley.com |

## **ORDER**

Pursuant to the above stipulation of the parties; IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [ECF No. 32] is dismissed without prejudice.

Date: September 23, 2020                       s/Judith E. Levy
                                                      United States District Judge